Robert James Swint,
        Plaintiff,

        —VS—

Sandra Marie Lawlor,
        Defendant,

NEW
COMPLAINT
Civil Action:

FILED
IN CLERKS OFFICE
2021 JUN -7 PM 1: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT

### Jurisdiction

1331 Federal Suit under 42 USC 2000E Discrimination

### Facts

1. This is the lovely Sandra Dee from the movie Grease Lightning. And ½ of the former grassy Knowles, Greasy ass know it alls. Jimmy hoffa, or Jimmie Dean, Mr Stanley of the 62 Billion club is excluded from this Suit. In 2017 She went Automatic And Made Some allegations that werent true, but Since She was one

Of the former Guardians of the Galaxy, code 171, Mr 14-92 And Sandy 79, Hurricane Sandy. And the former White House Special Counsel John W Dean III, of Watergate (73). James Stanley Dean 4·26·62. And I am Current Robert S. Mueller III, Appointed Sept 4, 2001. The FBI orchestrated the New World in 7 days, 7 to 11 (18), flights 77 And 11 (88).

Relief

Reckognition by all levels of governments, And to inform the California Actives, the hills havent had eyes in twenty years, Oregon has And they have been passed to Washington, signed BAA 6·2·21